In the Matter of HAROLD RICHARD HUDSON, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner.

Second Department, June 4, 1979

### APPEARANCE OF COUNSEL

*Francis F. Doran (James R. Augenthaler* of counsel), for petitioner.

### OPINION OF THE COURT

*Per Curiam.*

The respondent was admitted to practice by this court on June 23, 1954.

On November 27, 1978, the respondent pleaded guilty to the crime of grand larceny in the second degree, a class D felony (see Penal Law, § 155.35). On January 15, 1979 the respondent was sentenced to a definite term of six months' imprisonment.

Pursuant to subdivision 4 of section 90 of the Judiciary Law, the respondent ceased to be an attorney and counselor at law in this State upon his conviction of a felony.

Accordingly, the petitioner's motion is granted. The clerk of

this court is directed to strike the respondent's name from the roll of attorneys and counselors at law forthwith.

MOLLEN, P. J., DAMIANI, TITONE, SUOZZI and MARTUSCELLO, JJ., concur.